UNITED STATE DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

**Quenta Parker**                                     Case No. 13-cv-344-PB

    v.

**United States of America**


**O R D E R**


The petitioner has failed to make a substantial showing of the denial of a constitutional right.  Accordingly, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

July 31, 2013

cc:   Quenta Parker, pro se